UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. JIM J. BOWKER, CRIM NO. 20-483 (RMB)**

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum          (   ) Ad Testificandum

1. **JIM J. BOWKER** (hereinafter the "Detainee"), SBI No. 000242096C, DOB: 07/06/1978, is now confined at the South Woods State Prison.

2. The Detainee is charged in this District by:

    (**X**) Indictment     ( ) Information     ( ) Complaint

    with a violation of Title 18, United States Code, Section 922(g)(1).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required to appear before the Hon. Renée Marie Bumb, U.S. District Judge, U.S. District Court, 400 Cooper Street, Camden, New Jersey, on Tuesday, September 27, 2022, at 1:30 p.m., for a sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:  August 25, 2022                    **/s/ JEFFREY B. BENDER**
                                           JEFFREY B. BENDER
                                           Assistant U.S. Attorney
                                           Petitioner

## ORDER

Let the Writ Issue.

DATED:  August 25, 2022

_____
Hon. Renée Marie Bumb, USDJ

# **W R I T   O F   H A B E A S   C O R P U S**

The United States of America to Warden of the South Woods State Prison and the U.S. Marshal's Service:

WE COMMAND YOU that you have the body of

**JIM J. BOWKER**,

now confined at the South Woods State Prison, SBI No. 000242096C, DOB: 07/06/1978, brought before the Hon. Renée Marie Bumb, U.S. District Judge, U.S. District Court, 400 Cooper Street, Camden, New Jersey, on Tuesday, September 27, 2022, at 1:30 p.m., so that the Detainee may appear for a sentencing hearing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

        WITNESS the Honorable Renée Marie Bumb
        United States District Judge
        Camden, New Jersey.

DATED:   August 25, 2022        WILLIAM T. WALSH
                                                    Clerk of the U.S. District Court
                                                    for the District of New Jersey

                                                    Per:   s/Arthur Roney
                                                               Deputy Clerk